# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCOTT, AS GUARDIAN AD LITEM FOR MINORS, DETRICK STANDMORE, KAYLA HUNTER, MICHAELA REYES, AND RONALD RUCKER; RENÉ AMY, AS GUARDIAN AD LITEM FOR MINORS, CAMDEM RENÉ AMY AND MARISSA LARAINE AMY; GEORGE FRANCIS AND SILVIA JIMENEZ MacPHERSON, AS GUARDIAN AD LITEM FOR MINOR, GEORGE GORDON MacPHERSON; ROMEO ALVA, AS GUARDIAN AD LITEM FOR MINOR, JOCELYNE ALVA,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PASADENA UNIFIED SCHOOL DISTRICT; GEORGE VAN ALSTINE; GEORGE PADILLA; JACQUELINE JACOBS; BONNIE ARMSTRONG; LISA FOWLER; VERA VIGNES; in their individual and official capacities, and JOSEPH WHITE ASSOCIATES,<br><br>　　　　　Defendants. | Case No. CV 99-1328 DT (MANx)<br><br>**JUDGMENT** |

Upon consideration of Plaintiffs' Motion for Summary Judgment, the Memorandum of Points and Authorities in Support of Motion, the Statement of Uncontroverted Facts and Conclusions of Law, the Exhibits, and the opposition thereto,

IT IS HEREBY ORDERED AND ADJUDGED:

1. That Plaintiffs' Motion for Summary Judgment is hereby Granted, and specifically that

1

**JUDGMENT**

Defendants' policy as embodied in Board Policy 0460 is, to the extent it uses race, ethnicity, or gender in any way, unconstitutional and in violation of the United States Constitution, Fourteenth Amendment, and the California Constitution, Article I, Section 31.

IT IS FURTHER ADJUDGED AND DECREED:

2.  That Defendant PUSD is permanently enjoined from considering race, ethnicity, or gender in determining admissions to any of its schools.

3.  That Plaintiffs recover from Defendants attorneys' fees of Eighty Thousand Two Hundred Seventy Dollars ($80,270.00), which was set by the Court upon written application with supporting documentation by the prevailing Plaintiffs.

4.  That Plaintiffs recover from Defendants costs of _____

_____.

Dated: MAR 29 2000, 2000

DICKRAN TEVRIZIAN
_____
**DICKRAN TEVRIZIAN**
**UNITED STATES DISTRICT JUDGE**

2